| | |
|---|---|
| 1 | SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC |
|   | MICHAEL TORCHIA, ESQ. (*pro hac vice*) |
| 2 | mtorchia@sogtlaw.com |
|   | ALFREDO M. SERGIO, ESQ. (*pro hac vice*) |
| 3 | asergio@sogtlaw.com |
|   | 2617 Huntingdon Pike |
| 4 | Huntingdon Valley, PA 19006 |
|   | Telephone: (215) 887-2042 |
| 5 | Fax: (215) 887-5356 |
| 6 | HANSON BRIDGETT LLP |
|   | KEVIN D. REESE, SBN 172992 |
| 7 | kreese@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 8 | San Francisco, California 94105 |
|   | Telephone: (415) 777-3200 |
| 9 | Facsimile: (415) 541-9366 |
| 10 | Attorneys for Defendant, Quintiles Commercial U.S., Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEHGAN GHOUS, | CASE NO. CV 11-3315 CRB |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| QUINTILES COMMERCIAL U.S., INC., | |
| Defendant. | |

This Court has scheduled an further case management conference in the above-captioned matter for February 3, 2012, at 8:30 a.m. Pursuant to Civil L.R. 16-10, Defendant's pro hac vice counsel, Michael Torchia and/or Alfredo M. Sergio, whose offices are in Pennsylvania, request permission to appear by telephone at this conference.

Defendant's local counsel will also appear at the conference in person, in

////

////

1 compliance with the Court's standing case management order requiring at least one
2 attorney for each party to appear in person at case management conferences.

3
DATED: January 27, 2011					HANSON BRIDGETT LLP
4

5
							By:	/S/ Kevin D. Reese
6								KEVIN D. REESE
7								Attorneys for Defendant, Quintiles
								Commercial U.S., Inc.
8

9

10 [~~PROPOSED~~] ORDER

11     The request of Defendant's pro hac vice counsel to appear by telephone at the
12 February 3, 2012 further case management conference is hereby GRANTED.
13 Defendant's counsel may contact the Court Clerk to make arrangements for this
14 telephonic appearance.

15     IT IS SO ORDERED.

16

17     Signed: January 30, 2012

18                                HON. CHARLES R. BREYER
                               Judge of the United States District Court



4049816.1

-2-
REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER (CASE NO. CV 11-3315 CRB)