SEMANOFF ORMSBY GREENBERG & TORCHIA, LLC
MICHAEL TORCHIA, ESQ. (*pro hac vice*)
mtorchia@sogtlaw.com
ALFREDO M. SERGIO, ESQ. (*pro hac vice*)
asergio@sogtlaw.com
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
Telephone:  (215) 887-2042
Fax:  (215) 887-5356

HANSON BRIDGETT LLP
KEVIN D. REESE, SBN 172992
kreese@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant, Quintiles Commercial U.S., Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MEHGAN GHOUS,<br><br>          Plaintiff,<br><br>     v.<br><br>QUINTILES COMMERCIAL U.S., INC. ,<br><br>          Defendant. | CASE NO. CV 11-3315 CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

  This Court has scheduled an further case management conference in the above-captioned matter for February 3, 2012, at 8:30 a.m.  Pursuant to Civil L.R. 16-10, Defendant's pro hac vice counsel, Michael Torchia and/or Alfredo M. Sergio, whose offices are in Pennsylvania, request permission to appear by telephone at this conference.

  Defendant's local counsel will also appear at the conference in person, in

////

////

4049816.1

REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER  (CASE NO. CV 11-3315 CRB)

1  compliance with the Court's standing case management order requiring at least one
2  attorney for each party to appear in person at case management conferences.

3  DATED: January 27, 2011                         HANSON BRIDGETT LLP
4
5
6                                                 By:      /S/ Kevin D. Reese
                                                  KEVIN D. REESE
7                                                 Attorneys for Defendant, Quintiles
                                                  Commercial U.S., Inc.
8
9

10                              [~~PROPOSED~~] ORDER

11       The request of Defendant's pro hac vice counsel to appear by telephone at the
12  February 3, 2012 further case management conference is hereby GRANTED.
13  Defendant's counsel may contact the Court Clerk to make arrangements for this
14  telephonic appearance.

15       IT IS SO ORDERED.

16
17  Signed: January 30, 2012
18                                                HON. CHARLES R. BREYER
                                                  Judge of the United States District Court
19
20 
21
22
23
24
25
26
27
28

4049816.1
-2-
REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER  (CASE NO. CV 11-3315 CRB)